# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

ERVIN JEROME EVANS,

    Plaintiff,

v.                                                            Case No. 5:20-cv-60-RV-MJF

MARK INCH, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 20, 2020 (ECF No. 5). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file (but did not file) objections pursuant to Title 28, United States Code, Section 636(b)(1). I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 3), are **DENIED**.

3. This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

4. The clerk of the court shall close this case file.

**DONE AND ORDERED** this 20th day of March, 2020.

        /s/ Roger Vinson\
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**